# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| L. ROCHELLE BANKHEAD,<br><br>    Plaintiff,<br><br>    v.<br><br>AMAZON.COM, INC., AMAZON INDIA PRIVATE LIMITED, and AMIT AGARWAL, CEO of Amazon India,<br><br>    Defendants. | Case No. 3:24-cv-0167 - TCB |

## CERTIFICATE OF SERVICE

I hereby certify that I have served on this 7th day of February 2025, a copy of the Notice of Appearance of Nathan A. Huff, Esq. by Certified Mail upon the following:

L. Rochelle Bankhead
65 Crescent Street
Newnan, GA 30265
(678) 789-8950
l.rochellebankhead@gmail.com

*Pro Se Plaintiff*

This 7th day of February, 2025.

                                                              */s/Nathan A. Huff*
                                                              Nathan A. Huff