UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION



L. ROCHELLE BANKHEAD,
Plaintiff,

v.                                            Case No.: 3:24-cv-0167

AMAZON.COM, INC.;
AMAZON INDIA PRIVATE LIMITED;
AMIT AGARWAL, CEO OF AMAZON INDIA,
Defendants.

---

## PLAINTIFF'S MOTION TO CORRECT DOCKET

COMES NOW, Plaintiff, **L. Rochelle Bankhead**, pro se, and respectfully moves this Honorable Court to correct the docket to accurately reflect the proper name of one of the Defendants. In support of this motion, Plaintiff states as follows:

1. Plaintiff initially filed this action naming **"Amazon India Private Limited"** as a Defendant.
2. Plaintiff has since determined that the correct name of this Defendant is **"Amazon Data Services India Private Limited."**
3. The case docket currently reflects the incorrect entity name, and this correction is necessary to ensure accuracy in court records and filings.
4. This correction does not alter the substance of Plaintiff's claims and does not prejudice Defendants in any manner.
5. Plaintiff respectfully requests that the Court direct the Clerk to correct the docket so that all references to **"Amazon India Private Limited"** are changed to **"Amazon Data Services India Private Limited."**

**WHEREFORE,**

Plaintiff respectfully requests that this Court **grant this Motion to Correct Docket** and direct the Clerk of Court to amend the docket to reflect the correct Defendant name as **"Amazon Data Services India Private Limited."**

**Respectfully submitted,**

*/s/ L. Rochelle Bankhead*

**L. ROCHELLE BANKHEAD**

65 Crescent Street

Newnan, GA 30265

678-789-8950

**Plaintiff, pro se**