UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Newnan

FEB 25 2025

KEVIN P. WEIMER, Clerk
By: Deputy Clerk

L. ROCHELLE BANKHEAD,
Plaintiff,

v.                                                  Case No.: 3:24-cv-0167

AMAZON.COM, INC.;
AMAZON DATA SERVICES INDIA PRIVATE LIMITED;
AMIT AGARWAL, CEO OF AMAZON INDIA,
Defendants.

---

## CERTIFICATE OF SERVICE

I, **L. Rochelle Bankhead**, hereby certify that on **February 24th, 2025**, I electronically filed the foregoing **PLAINTIFF'S MOTION TO CORRECT DOCKET** with the Clerk of Court using the **CM/ECF system**, which will automatically send electronic notification of such filing to the following counsel of record:

**Nathan A. Huff, GA State Bar No. 275532**
**K&L Gates LLP**
430 Davis Drive, Suite 400
Morrisville, North Carolina 27560
Telephone: (919) 314-5636
**Counsel for Defendants**

This the **24th day of February, 2025**.

Respectfully submitted,

**L. ROCHELLE BANKHEAD**
65 Crescent Street
Newnan, GA 30265
(678) 789-8950
Plaintiff, pro se
Dated: **February 25, 2025**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

L. ROCHELLE BANKHEAD,
Plaintiff,

v.                                     Case No.: 3:24-cv-0167

AMAZON.COM, INC.;
AMAZON DATA SERVICES INDIA PRIVATE LIMITED;
AMIT AGARWAL, CEO OF AMAZON INDIA,
Defendants.

---

## CERTIFICATE OF SERVICE

I, **L. Rochelle Bankhead**, hereby certify that on **February 25th, 2025**, I served a copy of the foregoing **PLAINTIFF'S MOTION TO CORRECT DOCKET** upon the following counsel for Defendants via **Certified Mail, Return Receipt Requested**:

**Nathan A. Huff, GA State Bar No. 275532**
**K&L Gates LLP**
430 Davis Drive, Suite 400
Morrisville, North Carolina 27560
Telephone: (919) 314-5636
**Counsel for Defendants**

The document was sent via **Certified Mail, Return Receipt Requested**, tracking number: 9589 0710 5270 2429 5517 71.
This the **25th day of February, 2025**.

Respectfully submitted,

L. ROCHELLE BANKHEAD
65 Crescent Street
Newnan, GA 30265
(678) 789-8950
Plaintiff, pro se
Dated: **February 25, 2025**