# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### NEWNAN DIVISION

FILED IN CLERK'S OFFICE
U.S.D.C. Newnan

FEB 25 2025

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

**L. ROCHELLE BANKHEAD,**
Plaintiff,

v.                                          Case No.: 3:24-cv-0167

**AMAZON.COM, INC.;**
**AMAZON DATA SERVICES INDIA PRIVATE LIMITED;**
**AMIT AGARWAL, CEO OF AMAZON INDIA,**
Defendants.

---

## CERTIFICATE OF SERVICE

I, **L. Rochelle Bankhead**, hereby certify that on **February 25th, 2025**, I served a copy of the

foregoing **PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE RESPONSE**

upon the following counsel for Defendants via **Certified Mail, Return Receipt Requested**:

**Nathan A. Huff, GA State Bar No. 275532**
**K&L Gates LLP**
430 Davis Drive, Suite 400
Morrisville, North Carolina 27560
Telephone: (919) 314-5636
**Counsel for Defendants**

The document was sent via **Certified Mail, Return Receipt Requested**, tracking number:

9589 0710 5270 2429 5517 71.

This the **24th day of February, 2025**.

Respectfully submitted,

**L. ROCHELLE BANKHEAD**
65 Crescent Street
Newnan, GA 30265
(678) 789-8950
Plaintiff, pro se
Dated: **February 25, 2025**