IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| L. ROCHELLE BANKHEAD,<br><br>  Plaintiff,<br><br>v.<br><br>AMAZON.COM, INC. *et al.*,<br><br>  Defendants. | CIVIL ACTION FILE<br><br>NUMBER 3:24-cv-167-TCB |

## O R D E R

This case comes before the Court on pro se Plaintiff's motion [17] for an extension of time to respond to Defendants' motion to dismiss. For good cause shown, this motion [17] is granted. Plaintiff shall have until March 10 to file her response.

IT IS SO ORDERED this 25th day of February, 2025.

_____
Timothy C. Batten, Sr.
Chief United States District Judge