IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| L. ROCHELLE BANKHEAD,<br><br>    Plaintiff,<br><br>v.<br><br>AMAZON INDIA PRIVATE LIMITED, *et al.*,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NUMBER 3:24-cv-167-TCB |

# **O R D E R**

This case comes before the Court on Plaintiff's motion [16] to correct the docket. Plaintiff asks the Court to direct the Clerk to amend the docket so that all references to Defendant "Amazon India Private Limited" are changed to "Amazon Data Services India Private Limited." Defendants have not filed any opposition; in fact, in their motion to dismiss, they note that the correct entity name should be "Amazon Data Services India Private Limited." *See* [15] at 1.

For good cause shown, Plaintiff's motion [16] is granted. The Clerk is directed to update the name of Defendant Amazon India Private Limited to Amazon Data Services India Private Limited.

IT IS SO ORDERED this 12th day of March, 2025.

_____
Timothy C. Batten, Sr.
Chief United States District Judge