UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| L. ROCHELLE BANKHEAD,<br><br>             Plaintiff,<br><br>vs.<br><br>AMAZON.COM, INC., ET AL,<br><br>             Defendants. | CIVIL ACTION FILE<br><br>NO. 3:24-cv-00167-TCB |

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration of defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Newnan, Georgia, this 16th day of May, 2025.

                                      KEVIN P. WEIMER
                                      CLERK OF COURT

                       By:   s/ D. Barfield
                               Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
May 16, 2025
Kevin P. Weimer
Clerk of Court

By:  s/ D. Barfield
       Deputy Clerk